**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR274** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JESSE T. BUDENHOLZER,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's Motion to Continue Trial [35]. Counsel needs additional time to complete plea negotiations. For good cause shown, the motion to continue is granted.  Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [35] is granted, as follows:

1.  The jury trial now set for, January 2, 2024, is continued to **March 5, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 5, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

 **DATED: December 8, 2023**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**